FILED

MAY -4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

# SEALED

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. |
| | ) | |
| [SEALED] | ) | SEALING ORDER |
| | ) | 2 10 - LJ - 0126   KJM |

Good cause appearing therefor, it is hereby ordered that the documents in the above-captioned matter shall be filed under seal until further order of the Court.

IT IS SO ORDERED.

DATED: May 3, 2010

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE