1  Brian J. Petersen
   PETERSEN LAW OFFICE
2  360 Ritch Street, Suite 201
   San Francisco, CA 94107
3  Tel: (415) 777-3174
   Fax: (415) 777-3175
4  Email: bjp@well.com

5  Jeffrey D. Schwartz
   ATTORNEY AT LAW
6  Jacoby's Storehouse
   791 8th Street, Suite H
7  Arcata, CA 95521
   Tel: (707) 822-2707
8  Fax: (707) 633-1900
   Email: jdsarcata@yahoo.com

9
   Attorneys for Defendant
10 ENRIQUE FONSECA MARTINEZ



FILED

JUL 1 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
        DEPUTY CLERK

11

12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15                    AT SACRAMENTO

16  THE UNITED STATES OF AMERICA,          )  Case No. 10-CR-0188-EJG
                                           )
17              Plaintiff,                 )
                                           )  STIPULATION AND [PROPOSED] ORDER
18  v.                                     )  CONTINUING STATUS DATE;
                                           )  DECLARATION OF COUNSEL
19  ENRIQUE FONSECA MARTINEZ,              )
                                           )  Date: July 16, 2010
20              Defendant.                 )  Time: 10:00 a.m.
                                           )  Courtroom 8, Hon. Edward J. Garcia
21  _____)

22          Counsel for the government and defendant respectfully submit this Stipulation and

23  [Proposed] Order requesting that the July 16, 2010 Status date in this matter be continued to

24  September 3, 2010. Counsel agree and stipulate that the government has produced about

25  700 pages of discovery in this matter, that counsel for defendant is presently engaged in a trial

26  in *People v. Ray Booth* (San Francisco Superior no. MCN 2385044), that counsel for the

27  government and defendant are engaged in settlement negotiations, and that counsel for

28  defendant has a pre-paid vacation scheduled for most of August, 2010.

1  Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the

2  date of this Order until September 3, 2010. Exclusion of time is proper pursuant to 18 U.S.C.

3  3161(h)(8)(A) and (B) and local code T4 because the requested continuance is intended to

4  allow the defense additional time to prepare its case, thereby ensuring effective assistance

5  of counsel.

6

7
                                        Respectfully submitted,
8

9
   Date: July 12, 2010                        /s/
10                                       Michael D. Anderson
                                         Assistant United States Attorney
11

12

13 Date: July 12, 2010                         /s/
                                         Brian J. Petersen
14                                       Attorney for Defendant
                                         ENRIQUE FONSECA MARTINEZ
15

16
                           **DECLARATION OF BRIAN J. PETERSEN**
17
        I am an attorney at law, licensed to practice before all courts of the State of California,
18
   and I have been retained by defendant herein ENRIQUE FONSECA MARTINEZ ("defendant").
19
   I make this declaration from facts within my own personal knowledge, except where stated on
20
   information and belief, in which case I believe the facts stated to be true. If called to testify
21
   in this matter, I could and would do so competently.
22
        1.   Assistant United States Attorney Michael D. Anderson has provided me with
23
   about 700 pages of discovery in this matter, which I am still reviewing.
24
        2.   Mr. Anderson and I are also engaged in settlement negotiations.
25
        3.   I am also picking a jury, starting this morning, in a felony case in San Francisco
26
   (*People v. Ray Booth*, San Francisco Superior no. MCN 2385044), and I expect I will be
27
   engaged in that trial until about July 23, 2010, including on the July 16, 2010 date presently
28
   set in this matter.

STIPULATION AND [PROPOSED]
ORDER CONTINUING STATUS DATE;
DECLARATION OF COUNSEL                Page 2              10-CR-0188-EJG

1    4.    I am also going to be on a pre-paid vacation from July 27, 2010 until near the
2  end of August, 2010.

3    5.    Mr. Anderson and I have agreed for those reasons to request and stipulate that
4  the July 16, 2010 status date be continued until September 3, 2010, which date I have been
5  informed is available on the Court's calendar.

6    6.    Mr. Anderson specifically authorized me by email to "sign" this Stipulation for
7  him.

8    I declare under penalty of perjury pursuant to California law, that the foregoing is true
9  and correct, except as to matters I allege based on information and belief, and as to those
10  matters, I believe them to be true. This declaration was executed at San Francisco, California,
11  on the date indicated below.

12
Dated: July 12, 2010                              _____
13                                                   Brian J. Petersen
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED]
ORDER CONTINUING STATUS DATE;
DECLARATION OF COUNSEL             Page 3           10-CR-0188-EJG

1    **[PROPOSED] ORDER**

2         Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED

3    THAT:

4         The status date of July 16, 2010 is continued to September 3, 2010. Based on the

5    stipulated facts set forth above, the Court finds that exclusion of time under the Speedy Trial

6    Act (18 U.S.C. 3161(h)(8)(A) and (B) and local code T4) is appropriate to permit adequate

7    preparation of counsel.

8

9    Date: __7/12/10__

10                                                    Hon. Edward J. Garcia
                                                      District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER CONTINUING STATUS DATE;
DECLARATION OF COUNSEL                Page 4              10-CR-0188-EJG