Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Fax: (415) 777-3175
Email: bjp@well.com

Jeffrey D. Schwartz
ATTORNEY AT LAW
Jacoby's Storehouse
791 8th Street, Suite H
Arcata, CA 95521
Tel: (707) 822-2707
Fax: (707) 633-1900
Email: jdsarcata@yahoo.com

Attorneys for Defendant
ENRIQUE FONSECA MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 10-CR-0188-EJG |
| Plaintiff, | |
| v. | STIPULATION AND] ORDER CONTINUING STATUS DATE; DECLARATION OF COUNSEL |
| ENRIQUE FONSECA MARTINEZ, | Date: September 3, 2010 |
| Defendant. | Time: 10:00 a.m. |
| _____ | Courtroom 8, Hon. Edward J. Garcia |

Counsel for the government and defendant respectfully submit this Stipulation and [Proposed] Order requesting that the September 3, 2010 Status date in this matter be continued to October 1, 2010. Counsel agree and stipulate that the government has produced about 700 pages of discovery in this matter, that counsel for the government and defendant are engaged in settlement negotiations, and that counsel for defendant was unavailable on vacation for most of August, 2010.

Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the

date of this Order until October 1, 2010.  Exclusion of time is proper pursuant to 18 U.S.C. 3161(h)(8)(A) and (B) and local code T4 because the requested continuance is intended to allow the defense additional time to prepare its case, thereby ensuring effective assistance of counsel.

Respectfully submitted,

Date: September 1, 2010                                    /s/
                                                                    Michael D. Anderson
                                                                    Assistant United States Attorney


Date: September 1, 2010                                    /s/
                                                                    Brian J. Petersen
                                                                    Attorney for Defendant
                                                                    ENRIQUE FONSECA MARTINEZ

## DECLARATION OF BRIAN J. PETERSEN

I am an attorney at law, licensed to practice before all courts of the State of California, and I have been retained by defendant herein ENRIQUE FONSECA MARTINEZ ("defendant"). I make this declaration from facts within my own personal knowledge, except where stated on information and belief, in which case I believe the facts stated to be true.  If called to testify in this matter, I could and would do so competently.

1. Assistant United States Attorney Michael D. Anderson has provided me with about 700 pages of discovery in this matter, which I am still reviewing.

2. I was on vacation, out of state, from July 24, 2010 until about August 24, 2010.

3. Mr. Anderson and I are engaged in settlement negotiations.  While I was on vacation, Mr. Anderson emailed me a settlement proposal.  I responded with a counter-proposal on August 28, 2010, and we have continued to correspond since then about it.

4. Part of these discussions also involve current, ongoing efforts by defendant to lift an immigration hold presently in place.  Such efforts may lead to a review of defendant's

custody status on this case and may also affect the settlement negotiations.

5.     Mr. Anderson and I have agreed for those reasons to request and stipulate that the September 3, 2010 status date be continued until October 1, 2010, which date I have been informed is available on the Court's calendar.

6.     Mr. Anderson has already approved of the new date, and that I can "sign" this Stipulation for him.

I declare under penalty of perjury pursuant to California law, that the foregoing is true and correct, except as to matters I allege based on information and belief, and as to those matters, I believe them to be true. This declaration was executed at San Francisco, California, on the date indicated below.

Dated: September 1, 2010

                                        Brian J. Petersen

### ORDER

Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The status date of September 3, 2010 is continued to October 1, 2010. Based on the stipulated facts set forth above, the Court finds that exclusion of time under the Speedy Trial Act (18 U.S.C. 3161(h)(8)(A) and (B) and local code T4) is appropriate to permit adequate preparation of counsel.

Date:   September 1, 2010                        /s/ Edward J. Garcia
                                                                               Hon. Edward J. Garcia
                                                                               District Court Judge