Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Fax: (415) 777-3175
Email: bjp@well.com

Jeffrey D. Schwartz
ATTORNEY AT LAW
Jacoby's Storehouse
791 8th Street, Suite H
Arcata, CA 95521
Tel: (707) 822-2707
Fax: (707) 633-1900
Email: jdsarcata@yahoo.com

Attorneys for Defendant
ENRIQUE FONSECA MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 10-CR-0188-EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS DATE; DECLARATION OF COUNSEL |
| ENRIQUE FONSECA MARTINEZ, | Date: October 1, 2010 |
| Defendant. | Time: 10:00 a.m. |
| _____ | Courtroom 8, Hon. Edward J. Garcia |

Counsel for the government and defendant respectfully submit this Stipulation and [Proposed] Order requesting that the October 1, 2010 Status date in this matter be continued to November 19, 2010. Counsel agree and stipulate that the government has produced about 700 pages of discovery in this matter, that defense counsel is having a hard time getting the videotaped interview of defendant to play on his computer, that counsel for the government and defendant are engaged in settlement negotiations, and that defendant's immigration attorneys are still working on something that might affect defendant's custody status and even

the resolution of this case.

Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the date of this Order until November 19, 2010. Exclusion of time is proper pursuant to 18 U.S.C. 3161(h)(8)(A) and (B) and local code T4 because the requested continuance is intended to allow the defense additional time to prepare its case, thereby ensuring effective assistance of counsel.

Respectfully submitted,

Date: October 4, 2010        /s/
                              Michael D. Anderson
                              Assistant United States Attorney


Date: October 4, 2010        /s/
                              Brian J. Petersen
                              Attorney for Defendant
                              ENRIQUE FONSECA MARTINEZ

### DECLARATION OF BRIAN J. PETERSEN

I am an attorney at law, licensed to practice before all courts of the State of California, and I have been retained by defendant herein ENRIQUE FONSECA MARTINEZ ("defendant"). I make this declaration from facts within my own personal knowledge, except where stated on information and belief, in which case I believe the facts stated to be true. If called to testify in this matter, I could and would do so competently.

1. Assistant United States Attorney Michael D. Anderson has provided me with about 700 pages of discovery in this matter, which I am still reviewing.

2. One of the things the government has provided is a video of defendant's interrogation by law enforcement after his arrest. The software used by the government to prepare this evidence evidently requires a "plug-in" that I have not yet been able to find and install on my computer. I believe I can resolve this issue, but have not done so yet.

3. Mr. Anderson and I are engaged in settlement negotiations.  While I was on vacation, Mr. Anderson emailed me a settlement proposal.  I responded with a counter-proposal on August 28, 2010, and we have continued to correspond since then about it.

4. Part of these discussions also involve current, ongoing efforts by defendant to lift an immigration hold presently in place.  Such efforts may lead to a review of defendant's custody status on this case and may also affect the settlement negotiations.

5. Mr. Anderson and I have agreed for those reasons to request and stipulate that the October 1, 2010 status date be continued until November 19, 2010, which date I have been informed is available on the Court's calendar.

6. One reason for the extended future date is that is the first Friday (after October 1, 2010) that I am available.

7. Mr. Anderson has already approved of the new date, and that I can "sign" this Stipulation for him.

I declare under penalty of perjury pursuant to California law, that the foregoing is true and correct, except as to matters I allege based on information and belief, and as to those matters, I believe them to be true. This declaration was executed at San Francisco, California, on the date indicated below.

Dated: October 4, 2010                              /s/
                                                                        Brian J. Petersen

**ORDER**

Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The status date of October 1, 2010 is continued to November 19, 2010. Based on the stipulated facts set forth above, the Court finds that exclusion of time under the Speedy Trial Act (18 U.S.C. 3161(h)(8)(A) and (B) and local code T4) is appropriate to permit adequate preparation of counsel.


Date:   September 30, 2010                           /s/ Edward J. Garcia
                                                     Hon. Edward J. Garcia
                                                     District Court Judge