Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Fax: (415) 777-3175
Email: bjp@well.com

Attorney for Defendant
ENRIQUE FONSECA MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ENRIQUE FONSECA MARTINEZ,<br><br>    Defendant.<br>_____ | Case No. 10-CR-0188-EJG<br><br>STIPULATION AND ORDER CONTINUING STATUS DATE; DECLARATION OF COUNSEL<br><br>Date: January 7, 2011<br>Time: 10:00 a.m.<br>Courtroom 8, Hon. Edward J. Garcia |

    Counsel for the government and defendant respectfully submit this Stipulation and [Proposed] Order requesting that the January 7, 2011 Status date in this matter be continued to February 18, 2011.  Counsel agree and stipulate that defendant lost his former immigration counsel, through no fault of his own, that former immigration counsel apparently did nothing before essentially going out of business, that defendant has new immigration counsel now and needs time to investigate the validity of defendant's prior deportation(s).

    Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the date of this Order until February 18, 2011.  Exclusion of time is proper pursuant to 18 U.S.C. 3161(h)(8)(A) and (B) and local code T4 because the requested continuance is intended to allow the defense additional time to prepare its case, thereby ensuring effective assistance of counsel.

Respectfully submitted,

Date: January 5, 2011                           /s/
                                          Michael D. Anderson
                                          Assistant United States Attorney


Date: January 5, 2011                           /s/
                                          Brian J. Petersen
                                          Attorney for Defendant
                                          ENRIQUE FONSECA MARTINEZ

**DECLARATION OF BRIAN J. PETERSEN**

I am an attorney at law, licensed to practice before all courts of the State of California, and I have been retained by defendant herein ENRIQUE FONSECA MARTINEZ ("defendant"). I make this declaration from facts within my own personal knowledge, except where stated on information and belief, in which case I believe the facts stated to be true. If called to testify in this matter, I could and would do so competently.

1. Defendant is charged, inter alia, with being present in the US after being previously deported, a violation of 8 U.S.C. §1326(a) and (b), and presently has an immigration "hold."

2. The validity of any former deportation(s) is a potential issue in any prosecution for violation of §1326. (*See United States v. Arrieta*, 224 F.3d 1076, 1079 (9th Cir.2000).) I cannot adequately or competently represent defendant without the assistance of qualified immigration counsel to help me investigate this issue.

3. When I was retained, defendant had already hired the Immigration Practice Group (IPG) in San Francisco. This matter has been continued several times while (I thought) they were working on this and other immigration issues regarding defendant.

4. Unfortunately, it appears that none of that work was done. On November 17, 2010, two days before the last setting date on this case, the San Francisco City Attorney filed

1 a lawsuit against IPG, alleging amongst other things that it was being run by a non-attorney 2 who had surrendered his own license in 2008. Attached hereto as Exhibit A is a true and 3 correct copy of an newspaper article discussing the City Attorney's lawsuit.

4     5. Since then, defendant's wife has tried to obtain information from IPG about what 5 they did on defendant's case, without success. I am informed and believe that IPG has 6 effectively ceased to exist. She eventually gave up, and hired a new immigration lawyer. I met 7 with defendant's wife and the new immigration lawyer just before Christmas to discuss the way 8 forward. I am hopeful that this important work can be done without further delay.

9     6. Mr. Anderson and I have agreed for those reasons to request and stipulate that 10 the January 7, 2011 status date be continued until February 18, 2011, which date I have been 11 informed is available on the Court's calendar.

12     7. Mr. Anderson has already approved of the new date, and that I can "sign" this 13 Stipulation for him.

14 I declare under penalty of perjury pursuant to California law, that the foregoing is true 15 and correct, except as to matters I allege based on information and belief, and as to those 16 matters, I believe them to be true. This declaration was executed at San Francisco, California, 17 on the date indicated below.

Dated: January 5, 2011      _____
    Brian J. Petersen

STIPULATION AND [PROPOSED]
ORDER CONTINUING STATUS DATE;
DECLARATION OF COUNSEL    Page 3    10-CR-0188-EJG

**ORDER**

Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The status date of January 7, 2011 is continued to February 18, 2011. Based on the stipulated facts set forth above, the Court finds that exclusion of time under the Speedy Trial Act (18 U.S.C. 3161(h)(8)(A) and (B) and local code T4) is appropriate to permit adequate preparation of counsel.


Date: January 5, 2011                             /s/ Edward J. Garcia
                                                  Hon. Edward J. Garcia
                                                  District Court Judge