1

Brian J. Petersen
PETERSEN LAW OFFICE

2

360 Ritch Street, Suite 201
San Francisco, CA 94107

3

Tel: (415) 777-3174
Fax: (415) 777-3175

4

Email: bjp@well.com

5

Attorney for Defendant
ENRIQUE FONSECA MARTINEZ

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

AT SACRAMENTO

11

12

THE UNITED STATES OF AMERICA,

13

Plaintiff,

14

v.

15

ENRIQUE FONSECA MARTINEZ,

16

Defendant.

17

_____

) Case No. 10-CR-0188-EJG
)
)
) STIPULATION AND [ORDER
) CONTINUING STATUS DATE;
) DECLARATION OF COUNSEL
)
) Date: February 18, 2011
) Time: 10:00 a.m.
) Courtroom 8, Hon. Edward J. Garcia
)

18

19

20

21

22

23

24

25

26

27

28

Counsel for the government and defendant respectfully submit this Stipulation and
[Proposed] Order requesting that the February 18, 2011 Status date in this matter be
continued to March 18, 2011.  Counsel agree and stipulate that defendant lost his former
immigration counsel, through no fault of his own, that former immigration counsel apparently
did nothing before essentially going out of business, that defendant has new immigration
counsel now and needs time to investigate the validity of defendant's prior deportation(s).
Counsel also agree and stipulate that defense counsel was in trial in the Northern District from
about January 19, 2011 to February 10, 2011 in the case of *US v. Zaragoza* 08CR0083 PJH,
and that trial preparation and trial time in that matter has delayed defense counsel's work on
this case.

Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the
date of this Order until March 18, 2011.  Exclusion of time is proper pursuant to 18 U.S.C.

1    3161(h)(8)(A) and (B) and local code T4 because the requested continuance is intended to

2    allow the defense additional time to prepare its case, thereby ensuring effective assistance of

3    counsel.

4

5                                                Respectfully submitted,

6

7

8    Date: February 14, 2011                    _____/s/_____
                                                Michael D. Anderson
9                                               Assistant United States Attorney

10

11   Date: February 14, 2011                    _____/s/_____
                                                Brian J. Petersen
12                                              Attorney for Defendant
                                                ENRIQUE FONSECA MARTINEZ
13

14                           **DECLARATION OF BRIAN J. PETERSEN**

15          I am an attorney at law, licensed to practice before all courts of the State of California,

16   and I have been retained by defendant herein ENRIQUE FONSECA MARTINEZ ("defendant").

17   I make this declaration from facts within my own personal knowledge, except where stated on

18   information and belief, in which case I believe the facts stated to be true.  If called to testify in

19   this matter, I could and would do so competently.

20          1.     Defendant is charged, inter alia, with being present in the US after being

21   previously deported, a violation of 8 U.S.C. §1326(a) and (b), and presently has an

22   immigration "hold."

23          2.     The validity of any former deportation(s) is a potential issue in any prosecution

24   for violation of §1326. (*See United States v. Arrieta*, 224 F.3d 1076, 1079 (9th Cir.2000).)  I

25   cannot adequately or competently represent defendant without the assistance of qualified

26   immigration counsel to help me investigate this issue.

27          3.     When I was retained, defendant had already hired the Immigration Practice

28   Group (IPG) in San Francisco.  This matter has been continued several times while (I thought)

STIPULATION AND [PROPOSED]
ORDER CONTINUING STATUS DATE;
DECLARATION OF COUNSEL              Page 2              10-CR-0188-EJG

1  they were working on this and other immigration issues regarding defendant.

2       4.     Unfortunately, it appears that none of that work was done.  On November 17,

3  2010, two days before the last setting date on this case, the San Francisco City Attorney filed

4  a lawsuit against IPG, alleging amongst other things that it was being run by a non-attorney

5  who had surrendered his own license in 2008.

6       5.     Since then, defendant's wife has retained a new immigration attorney, whom I

7  am informed and believe is working on the immigration aspects of defendant's case.

8       6.     I am also the attorney of record for defendant Juan Zaragoza in the case of *US*

9  *v. Zaragoza* 08CR0083 PJH, which is now pending sentencing in the Northern District.  We

10  were in trial on that matter from January 19, 2011 until February 10, 2011.  I spent substantial

11  time preparing in advance of the trial, which has delayed my work on this case.

12       7.     Mr. Anderson and I have agreed for those reasons to request and stipulate that

13  the February 18, 2011 status date be continued until March 18, 2011, which date I have been

14  informed is available on the Court's calendar.

15       8.     Mr. Anderson has already approved of the new date, and that I can "sign" this

16  Stipulation for him.

17       I declare under penalty of perjury pursuant to California law, that the foregoing is true

18  and correct, except as to matters I allege based on information and belief, and as to those

19  matters, I believe them to be true. This declaration was executed at San Francisco, California,

20  on the date indicated below.

21

22  Dated: February 14, 2011                    _____/s/_____
                                                         Brian J. Petersen

23

24

25

26

27

28

1

**ORDER**

2        Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED

3   THAT:

4        The status date of February 18, 2011 is continued to March 18, 2011.  Based on the

5   stipulated facts set forth above, the Court finds that exclusion of time under the Speedy Trial

6   Act (18 U.S.C. 3161(h)(8)(A) and (B) and local code T4) is appropriate to permit adequate

7   preparation of counsel.

8

9

   Date: <u>February 14, 2011</u>                    /s/ Edward J. Garcia

10                                                    Hon. Edward J. Garcia
                                                      District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER CONTINUING STATUS DATE;
DECLARATION OF COUNSEL                    Page 4                    10-CR-0188-EJG