**Demetrius M. Costy** (Bar No. 202905)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Enrique Fonseca Martinez*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-cr-00188-EJG-1 |
| *Plaintiff*, | STIPULATION AND ORDER |
| vs. | CONTINUING STATUS CONFERENCE |
| ENRIQUE FONSECA MARTINEZ, | Date: September 30, 2011 |
| *Defendant*. | Time: 10:00 a.m. |
| | Hon. Edward J. Garcia |

## STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE

It is hereby stipulated and agreed to between the United States of America through MICHAEL D. ANDERSON, Assistant United States Attorney, and defendant, ENRIQUE FONSECA MARTINEZ, by and through his respective counsel, that the status conference in the above-captioned matter set for Friday, September 30, 2011 at 10:00 a.m., be continued to Friday, November 4, 2011, at 10:00 a.m.

Demetrius M. Costy, counsel for the Defendant entered this case on August 23, 2011. Mr. Costy has been reviewing discovery and is in communication with tThe Assistant United States Attorney assigned to the case.

Currently, Mr. Costy has been sent to Department 509, in Alameda County, for jury trial on *People vs. Halabi*. Mr. Halabi's trial is trailing behind on ongoing trial in Department 509 which is expected to go to the jury by the end of this week. Motions in limine and jury selection on Mr. Halabi's case will begin as soon as the current trial goes to the jury.

The parties further stipulate that the time period from Friday, September 30, 2011, up to and

1

including the new status conference date of Friday, November 4, 2011, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (B) (iv). Specifically, defendant agrees that his new counsel needs additional time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, effectively evaluate the posture of the case and potentially prepare for trial. See id.

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

Respectfully Submitted,

DATE: September 27, 2011                    By:   /s/   DMC
                                                  DEMETRIUS M. COSTY
                                                  Counsel for Enrique Fonseca Martinez

DATE:  September 27, 2011                          /s/   MDA
                                                  MICHAEL D. ANDERSON
                                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated: September 28, 2011**

                                                  /s/ Edward J. Garcia
                                                  SENIOR JUDGE EDWARD J. GARCIA
                                                  UNITED STATES DISTRICT JUDGE