**Demetrius M. Costy** (Bar No. 202905)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Enrique Fonseca Martinez*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>  vs.<br><br>ENRIQUE FONSECA MARTINEZ,<br><br>    *Defendant*. | No. 10-cr-00188-EJG-1<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: November 4, 2011<br>Time: 10:00 a.m.<br>Hon. Edward J. Garcia |

**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE**

It is hereby stipulated and agreed to between the United States of America through MICHAEL D. ANDERSON, Assistant United States Attorney, and defendant, ENRIQUE FONSECA MARTINEZ, by and through his respective counsel, that the status conference in the above-captioned matter set for Friday, November 4, 2011 at 10:00 a.m., be continued to Friday, December 16, 2011, at 10:00 a.m.

Demetrius M. Costy, counsel for the Defendant entered this case on August 23, 2011. Mr. Costy has been reviewing discovery and is in communication with the Assistant United States Attorney assigned to the case.

The parties further stipulate that the time period from Friday, November 4, 2011, up to and including the new status conference date of Friday, December 16, 2011, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161

(h) (7) (B) (iv).  Specifically, defendant agrees that his counsel needs additional time to continue the review of produced discovery in the case, confer with defendant, effectively evaluate the posture of the case and potentially prepare for trial.  See id.

    For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

Respectfully Submitted,

DATE:  November 3, 2011        By:   /s/   DMC
                                                       DEMETRIUS M. COSTY
                                                       Counsel for Enrique Fonseca Martinez

DATE:  November 3, 2011                 /s/   MDA
                                                       MICHAEL D. ANDERSON
                                                       Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated:** November 3, 201

                                                     /s/ Edward J. Garcia
                                                     SENIOR JUDGE EDWARD J. GARCIA
                                                     UNITED STATES DISTRICT JUDGE